Willie WILSON and Morris Griffin,
Appellants,

v.

UNITED STATES of America,
Appellee.

No. 17051.

United States Court of Appeals
Fifth Circuit.

June 13, 1958.
Rehearing Denied July 30, 1958.

See, also, 159 F.Supp. 159.

John C. Walters, Troy, Ala., L. H. Walden, Montgomery, Ala., for appellant.

Hartwell Davis, U. S. Atty., Montgomery, Ala., Robert E. Varner, Asst. U. S. Atty., Montgomery, Ala., for appellee.

Before HUTCHESON, Chief Judge, and TUTTLE and CAMERON, Circuit Judges.

PER CURIAM.

In his well considered and thoughtful opinion,[1] the district judge carefully stated and as carefully canvassed the questions raised on this appeal and fully and correctly dealt with them. Because he did, it will serve no useful purpose for us to restate or rediscuss them. It will be sufficient to say that we agree with the opinion of the district judge, and, upon the considerations and for the reasons stated by him, the judgment is affirmed.

CAMERON, Circuit Judge.

I concur in the result.

The RAILWAY SUPPLY & MFG. CO.

v.

SHAWNEE–PENN MFG. CO., Inc.,
Appellant.

No. 12559.

United States Court of Appeals
Third Circuit.

Argued June 5, 1958.

Decided June 13, 1958.

Elias Magil, Philadelphia, Pa. (John Swartz, Philadelphia, Pa., on the brief), for appellant.

Daniel Mungall, Jr., Philadelphia, Pa. (Stradley, Ronon, Stevens & Young, Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

This is an appeal by the defendant from a final judgment entered on a verdict in favor of the plaintiff in a civil action for damages for breach of a contract for the purchase of goods by the defendant from the plaintiff. Motions for a new trial and for judgment n. o. v. were denied. The defendant's principal complaint on this appeal is that the verdict was against the weight of the evidence. The weight of the evidence was for the jury to determine, however, and we find no abuse of discretion on the part of the district court in refusing a new trial on this ground. The defendant also asserts that there were errors in the admission of evidence and in the charge to the jury. We have considered all these contentions but find them so insubstantial as not to require discussion here.

The judgment of the district court will be affirmed.

1. United States v. Wilson and Griffin, 158 F.Supp. 442.